Submitted March 16, affirmed December 14, 2016, petition for review denied March 2, 2017 (361 Or 238)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

HEATHER LYNN CIRCLE,
*Defendant-Appellant.*

Lane County Circuit Court
201218510, 231203003;
A156819 (Control), A156826

385 P3d 88

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Marc D. Brown, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Paul L. Smith, Deputy Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and Flynn, Judge, and Haselton, Senior Judge.

PER CURIAM

In A156819, affirmed. *State v. Silsby*, 282 Or App 104, 113, 386 P3d 172 (2016). In A156826, affirmed.